(July 10, 1967)

■ ARTHUR NORDLIE, Appellant, v. HERMAN LEWINTER, Respondent.— Per Curiam.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*